UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
LAW FIRM OF HUGH H. MO, P.C.,                            :
:
Plaintiff,            :
:              20 Civ. 10870 (JPC)
-v-                                          :
:                    ORDER
UNITED STATES OF AMERICA,                                :
:
:
Defendant.            :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On January 4, 2021, the Court set an Initial Pretrial Conference ("IPTC") in this case and directed the parties to file a joint status letter and a proposed case management plan no later than seven days prior to the IPTC. Dkt. 10. The Court later granted the Government's request to adjourn the IPTC, and rescheduled the IPTC to June 17, 2021, at 10:30 a.m. Dkt. 14.

To date, the parties have filed neither a joint letter nor a proposed case management plan. By no later than 5:00 p.m. on June 15, 2021, the parties are directed to file a joint status letter as described in the Court's January 4, 2021 Order, Dkt. 10, and a proposed case management plan, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

SO ORDERED.

Dated: June 14, 2021
New York, New York                         _____
JOHN P. CRONAN
United States District Judge